```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY
```

MICHAEL HOLNESS,                      :
                                      : Civil Action No. 05-4184 (JBS)
        Plaintiff,         :
                                      :
        v.                 :      **ORDER**
                                      :
J. WILSON, #143,                      :
                                      :
        Defendant.         :

    For the reasons expressed in the Court's Opinion filed herewith,

    It is on this **21st** day of **February**, 2006

    ORDERED that, pursuant to 28 U.S.C. § 1915(a) and (b), plaintiff's application to proceed in forma pauperis is hereby granted; and it is further

    ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail on the Attorney General for the State of New Jersey and on the Warden of the Camden County State Correctional Facility; and it is further

    ORDERED that plaintiff is assessed a filing fee of $250.00 which shall be deducted from his prison account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

    ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), until the $250.00 fee is paid, each month that the amount in plaintiff's prison account exceeds $10.00, the agency having custody of plaintiff shall assess, deduct from his account, and forward to

the Clerk payments equal to 20% of the preceding month's income credited to plaintiff's prison account, with each payment referencing the civil docket number of this action; and it is further

ORDERED that Complaint is DISMISSED in its entirety, without prejudice, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

                                      **s/ Jerome B. Simandle**
                                      JEROME B. SIMANDLE
                                      United States District Judge